**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1666**

JAMES SPENCER,

Plaintiff – Appellant,

and

RODNEY KEITH LAIL; IRENE SANTACROCE; SOUTHERN HOLDINGS,
INCORPORATED; RICKY STEPHENS; MARGUERITE STEPHENS; DORIS
HOLT,

Plaintiffs,

v.

ANCIL B. GARVIN, III; DAVID SMITH; HORRY COUNTY, SOUTH
CAROLINA; HORRY COUNTY POLICE DEPARTMENT; JAMES ALBERT
ALLEN, JR.; SIDNEY RICK THOMPSON; JEFFREY S. CALDWELL;
CHARLES MCCLENDON; JAY BRANTLY; ANDY CHRISTENSEN; HAROLD
STEVEN HARTNESS; MICHAEL STEVEN HARTNESS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:02-cv-01859-RBH)

Submitted:  November 20, 2014      Decided:  November 24, 2014

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Spencer, Appellant Pro Se. David Smith, Greensboro, North Carolina; Andrew Lindemann, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina; Harold Steven Hartness, Charlotte, North Carolina; Michael Steven Hartness, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Spencer appeals the district court's orders denying Spencer's latest motions for recusal of the district court judge and for a "declatory judgment" vacating the judgment on the settlement agreement in this case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Spencer v. Garvin</u>, No. 4:02-cv-01859-RBH (D.S.C. June 11 & 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3